DIRECT SERVICE OIL COMPANY, Appellant, vs. WISCONSIN
ICE & COAL COMPANY, Respondent.

For the appellant: *Affeldt & Lichtsinn* of Milwaukee.
For the respondent: *Thomas E. Torphy* of Milwaukee.

*By the Court.*—Judgment affirmed.

SCHMIDT, Respondent, vs. MARTY, Appellant.

For the appellant: *R. L. Grover* of Junction City.
For the respondent: *W. E. Atwell* of Stevens Point.

*By the Court.*—Judgment affirmed.